

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Yates Brothers Motor Company, Inc., Appellant

No. 06-17-00099-CV      v.

Donna Watson, Appellee

Appeal from the 170th District Court of McLennan County, Texas (Tr. Ct. No. 2014-1758-4).    Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Yates Brothers Motor Company, Inc., pay all costs of this appeal.

RENDERED MARCH 29, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk